MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KATHERINE B. DOWLING (CABN 220767)
Assistant United States Attorney

450 Golden Gate Ave., Box 36055
San Francisco, California 94102
Telephone: (415) 436-7200
Fax: (415) 436-7234
E-Mail: katherine.dowling@yahoo.com

Attorneys for the United States

FILED

2011 NOV -7  P 4: 38

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JCS  3  11  71260

| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| MARTIN BATISTA, | ) | |
| Defendant. | ) | |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on November 5, 2011, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an

X   Indictment

☐   Information

☐   Criminal Complaint

☐   Other (describe) _____

pending in the District of Maryland, Case Number WDQ-11-0332.

1

1  In that case, the defendant is charged with a violation of Title 21, United States Code, Section
2  846.  The defendant is alleged to have engaged in a conspiracy to distribute and to possess with
3  intent to distribute, 1,000 kilograms or more of a mixture containing a detectable amount of
4  marijuana.

Respectfully Submitted,

MELINDA HAAG
UNITED STATES ATTORNEY

Date: 11/7/11

KATHERINE B. DOWLING
Assistant U.S. Attorney